FORM 2171B (4/01)

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES**

_Green Haven_ Correctional Facility

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre): Edward Curtis
   NO. ♦ NÚM.: 83A2337
   HOUSING LOCATION ♦ CELDA: E4 178

2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE: Auditorium
   INCIDENT DATE ♦ FECHA: 7/22/15
   INCIDENT TIME ♦ HORA: 0945 AM

3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES:
   106.10 Obey orders   107.20 Provide false statement or info
   109.12 Obey Regulations regarding movement & Callout Procedures
   111.10 Shall not impersonate employer or any other person in any manner
   116.12 Forge document

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE:
   On the above date and approximate time, Inmate Edward Curtis 83A2337 did knowingly print and sign a false name "Don Elvis Sugar Presley" on the attendance sheet for the PREA Video shown to E block on the above date. By doing so he caused myself and CO A. Sambuco to find his real name using his DIN #. See Attached copy of attendance sheet. Sgt Oconnor Notified.

REPORT DATE ♦ FECHA: 7/22/15
REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME: A. Sambuco
SIGNATURE ♦ FIRMA: [signed]
TITLE ♦ TÍTULO: CO

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any) SIGNATURES:
   1. C.O. A. Sambuco / [signed]
   2. O. Stevens / O. Stevens

NOTE: Fold back Page 2 on dotted line before completing below.
DATE AND TIME SERVED UPON INMATE: 7:41  7/23/15
NAME AND TITLE OF SERVER: [signed]

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

**NOTICE ♦ AVISO**

REVIEWING OFFICER (DETACH BELOW STATEMENT FOR VIOLATION HEARING ONLY)

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held.
Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerará y determinará en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals.
Se le permitirá al recluso llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución o los objetivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement.
Si está restringido pendiente a una audiencia por este informe de mal comportamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.