Don Elvis Sugar PRESLEY
BRUCE LEE      AKA
83A2334      Edward
GREEN Haven      CURTIS
STATE FEDERAL PRISON
594 ROUTE 216
STROMVILLE NEW YORK
    ZIPPER KODE
12582



neopost
08/11/2015
US POSTAGE $002.08⁰

GREEN HAVEN
CORRECTIONAL
FACILITY

FIRST-CLASS MAIL

ZIP 12582
041L11251119

3.14
241-AL
69

UNITED STATES Federal DISTRICT
    COURT HOUSE
NORTHERN DISTRICT OF SYRACUSE
POST OFFICE BOX 7367
100 SOUTH CLINTON STREET.
SYRACUSE NEW YORK
        ZIPPER KODE
        13261  7367

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK

AUG 14 2015

RECEIVED

LEGAL
MAIL ②
      ②