0

Don Elvis Sugar PRESLEY BRuce; LEE 83Q2337 aka
Edward Curtis, Ladys, of Plar T775 Kids an, mo THERS
PRD' SE, NaBROS, GiRl= GiRlfRents. PRD' SQ
VERSES ± against

AlBany STATE Campus Building 2, 7a7,
GREEN Haven STATE FEDERAL PRISON,
and THa TaT PEOPLES, THat you can NOT
SEE, an Cummissary, account office, Buisseness, office
* RESPondanTs, *

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 1 5 2015
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

VERIFICATION        InDEX Novumber
Dick Cock Novumber 83Q2337, 17616, 77Q981, 16616,

STATE of NEW york SYRACUSE UNITED STATES DISTRICT
COURT HOUSE { London, GERmany } County of ♡♡.
    (1).
Don Elvis Sugar PRESLEY, BRuce, LEE 83Q2337    aka
Edward Curtis,    HUST GOTS BEing Duly
Sworn DEPOSES end Say,
                        EyE, am THa Claimant
In THa aBovE ann TiTTLE, and THis NOTICE
of FoRmm, 82 and FoRmm 11, 2 BE SERVICE
In your COuRT HousE THis Day, { Sicily } far
a WRIT Law SuiTE...

1)

WRIT Claim WRIT of Coram Nobis Mandammus

_____

_____

BE TRUE an BELIEF,

That Tha Cummisary Hear at GREEN HAVEN STATE FEDERAL PRISON ant Tat PEOPLES an Tat PEOPLE, Tha account and Bussiness PEOPLE, IS NUT Paying Don Elvis Sugar PRESLEY BRUCE LEE 8302337 aka EdWard CuRTIS ass WELL ass STEALing Tha above ann mmoney FROM His Cummmissary SHEET EacH WEak That Tha above ann IS

Have a Cummmissary Buy

VERIFICATION .

SEE Cummissary SHEETS,

Don Elvis Sugar Presley Bruce LEE 8302337
E Block 4 Gallory 4, 178 SELL

2)

PRISON CIVIL PRACTICE RIGHT and RULES of
all PRISON 12012, 0012 PROCEEDINGS,
5 EYE LKEYE E ARTICLE Y8
PROCEEDING IS 0

BE CUM.SIDERED FAR THG
CUMMMISSARY BUY FAR ALL STATE an FEDERAL
PRISONS, and aRE HOW SPECIAL THG PRISONERS
aRE. 104 ♡ 114 C.P.L.R. GOVERNERS
RULES, GENERALLY
THG PROCEEDING OF
THG CUMMMISSARY BUY FAR THG PRISONERS!

SHOW CAUSES,
EX REL
PETITION TITLE,
a7f, DAVIT TITLE GENERAL,
CAPTION, O B S CLINTON County,
O B O SYRACUSE, County UNITED STATES
DISTRICT COURT HOUSE,

Don Elvis Sugar Presley, Bruce, LEE 83a2337
aka EDWARD CURTIS

111)

APPENDIX of FORMMS FORMMS 11 an 82
CUMMPLAINT of and FOR THa NEGILENCE of
CUMMMISSARY NOT PAYING, an STEALING THa PRISONERS
MONEY

Don Elvis Sugar PRESLEY BRuces LEE 8302337     aka
Edward CURTIS,          { PlainT77 }

CAPTION PonoTaRaFITY Fuck OVER on THa
PRISONERS THa BOVE Num.
25 Illinois, mmR Egg THa PimmP CiViL
RightTS Lavu SuiTE U, S. C.   a. 3198 m
Buy PaRaliZEing THa PRISONERS mmoNEY
PimmP "N" Don ELViS Sugar PRESLEY Bruces LEE
8302337 FaR TTiS mmoNEY IS againsT THa
FoRmmS of 82 Federal RuLES an CiViL
PRoceduRES 28 U. S. C. a. §§ 63, 63 4
Fuck ORDeRS ond APPENdix of Formm 71
APPENdix 11  FoRmm 11 { a, 31·98 PimmP,
VVRIT a77, DaviT FaR EVidence TTis
Claimm VVRIT Lavu SuiTE GOTS GHOST,
mmanDamus,

VVRIT of CoRamm NobiS,

Don Elvis Sugar Presley Bruce LEE 8302337

4).

Appendix of Forms    Form 11
Cumplaint For Negligence.

(Caption Nut Being Payed an Tha Cummissary
Albany State 707, 707 People Campus Building)
Federal or State People That you can Nut See>
            Writ Mmotion Back Writ
on Tha Negligence
1).
Statemmint of Jurisdicktion See Form 7
2).
Date unknown Oct 2000 15 Place Syracuse
United States District Court House
(3).
an Negligently Drove a Villicte mmotor
Vehicle against Tha Returning of Plaint 77
By Stealing His mmoney and Nut Paying Him.
Don Elvis Sugar Presley Bruce, Lee 83a2337,
                and
Buy Telling Tha Petitioners )

                Law Suite By Form 11·82
                Writ
Fill out a Requits Form) For Friday= Firday
an you can go ) Tha Cummmissay, When
Friday Came Tha Prison of Green Haven did
Nut Let Don Elvis Sugar Presley Bruce Lee83a2337
aka Edward Curtis go 2 Tha Cummissary and

5)

APPENDIX of WRIT Law SUITE
NEGilence Cummmissary, STEaling Tha
PRISONERS MMONEY, and NuT Paying Tha PRISONERS,
NEXT Timme Camme

Go 2 Tha Cummmissary TTHEY STOlEI all
His MMONEY and Gave Himm $5.58 ¢ cents,

Don Elvis Sugar Dresley Bruce's LEE 8392337
aka Edward CURTIS

ass a REsuite PlaintFF is Physically
HurT an Can NuT Do any TThang aBoute
This MMaTTER HEaR "N" Tha PRISON,
mmedical and mentale Pain IS forceded
afoun, Himm,
and wood Like

a'CURR $9000Zllion

and a LiTTLE Ta, SaT,

$9000 Sillion and a Ta,
SaT, and a Ta, Kon Doe, SaT,
WEaR a KaRTa Gee SaT in Tha
PRISON MMESS Hall ass WELL
$500 Tillion a Tillion Timme,

FoRm 4 FRaT Agency of UiTcal * XYZ oRdeR

FoRm 82 FeDeRal RulES of CiviL
  PROCEEDuRE        an              PRO´ Sá
              ORDER of a
UNITED STaTES FeDeRal JuDge   and   a
FeDeRal DISTRICT mmagiSTRaTE,
aSSignmment

2 THIS CaSE,
                    CaRTon Law SuiTe WRIT FoRm 1
Acc 82 AccoRDance of EnTeRRang TH,
28  U. S.  C.  A. §§ 6. 636, (7) FeDeRal
aCTion,
RaTe 100% THa QmmounT $ of DollaRS  aT  a 100%
RaTe
        RECOVER   By Don Elvis Sugae PReSley
BHuce, LEE 8302337
                    $
                    $ ELECTRICT Fry Fy ing Pan
                    "N" SELL,
    QUIRE $ 9000 Zillion,  9000 $ TiLLion $ =
$ 9000 Times By THa Dumm BOX
                    RESPondanTS !
  Don Elvis Sugal Drasley BHuce LEE △
                    8302337 IS ?
                    RECOVER

VERESES aRE againsT
UNITED STaTES FeDeRal UTICa DISTRICT couRT HouSE
BROaD BoRaD WRIT Law SuiT mmandoumm NobiS,

STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
GREEN HAVEN CORRECTIONAL FACILITY
INMATE STATEMENT FOR THE PERIOD 08/01/15 THRU 08/31/15
************************************************************

```
* NAME:CURTIS EDWARD          DEPT ID:83A2337  CELL LOC:0E-41-7@5  NYSID:03223669Z   *
************************************************************
```

| FACILITY | DATE | TRANSACTION (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
| | | STARTING BALANCE AT GREEN HAVEN | | | | | | 138.92 |
| | | BALANCE FORWARD | | | | 131.79 | 7.13 | 138.92 |
| GREEN HAVEN | 08/06/15 | COMM BUY | | | 6.79 | .00 | .34 | 152.13 |
| GREEN HAVEN | 08/06/15 | PAYROLL RCPT | 042000 | 1.13 | | .00 | 1.47 | 133.26 |
| GREEN HAVEN | 08/13/15 | PAYROLL RCPT | 511219 | 2.37 | | .00 | 3.84 | 135.63 |
| GREEN HAVEN | 08/13/15 | PAYROLL RCPT | 042000 | 1.13 | | .00 | 4.97 | 136.76 |
| GREEN HAVEN | 08/13/15 | PAYROLL RCPT | 511219 | 2.37 | | .00 | 7.34 | 139.13 |
| GREEN HAVEN | 08/18/15 | COMM BUY | | | 7.31 | .00 | .03 | 131.82 |
| GREEN HAVEN | 08/20/15 | PAYROLL RCPT | 042000 | 1.13 | | .00 | 1.16 | 132.95 |
| GREEN HAVEN | 08/20/15 | PAYROLL RCPT | 511219 | 2.37 | | .00 | 3.53 | 135.32 |
| GREEN HAVEN | 08/27/15 | PAYROLL RCPT | 042000 | 2.13 | | .00 | 4.66 | 136.45 |
| GREEN HAVEN | 08/27/15 | PAYROLL RCPT | 511219 | 2.37 | | .00 | 7.03 | 138.82 |
| | | MONTHLY ENDING TOTALS | | 14.00 | 14.10 | 131.79 | 7.03 | 138.82 |
| | | ENDING BALANCE AT GREEN HAVEN | | | | | | 138.82 |

```
20%  OF AVERAGE 6 MO SPENDABLE BALANCE        1.89   20%  OF AVERAGE 6 MO DEPOSIT AMT        2.47
```

```
                 LAGGED PAYROLL DAYS LAGGED - 15 AMOUNT LAGGED -      9.54
                 THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY
```

```
----- REASON -----    ---- NOTES ----   ------- ENCUMBRANCE BREAKDOWN ------
                  DATE IMPOSED                TOTAL OWED    COL MTDATE    COL MTDATE    COL TO-DATE    BALANCE DUE    CNTY/ORI CASE
GATE MONEY        05/10/01   AUTO GATE MONEY   30.46        .00           .00           30.46          .00
FED FILE FEE USDCHGNV  06/23/10  9:10 CV 274   350.00       .00           .00           101.53         248.67
```

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.

STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
GREEN HAVEN CORRECTIONAL FACILITY
INMATE STATEMENT FOR THE PERIOD 09/01/15 THRU 09/30/15
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* NAME:CURTIS EDWARD          DEPT ID:83A2337    CELL LOC:0E-41-78S   NYSID:032235669Z  \*
\*                                                                                       \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| FACILITY | DATE | ---- TRANSACTION ---- (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
| | | STARTING BALANCE AT GREEN HAVEN | | | | | | |
| | | BALANCE FORWARD | | | | 131.79 | 7.03 | 138.82 |
| | | | | | | | | 138.82 |
| GREEN HAVEN | 09/01/15 | COMM BUY | | | 6.37 | .00 | .46 | 132.45 |
| GREEN HAVEN | 09/03/15 | PAYROLL RCPT | 042000 | 1.13 | | .00 | 1.79 | 133.58 |
| GREEN HAVEN | 09/03/15 | PAYROLL RCPT | 511219 | 2.37 | | .00 | 4.16 | 135.95 |
| GREEN HAVEN | 09/10/15 | PAYROLL RCPT | 042000 | 1.13 | | .00 | 5.29 | 137.08 |
| GREEN HAVEN | 09/10/15 | PAYROLL RCPT | 511219 | 2.37 | | .00 | 7.66 | 139.45 |
| GREEN HAVEN | 09/15/15 | COMM BUY | | | 6.37 | .00 | 1.29 | 133.08 |
| GREEN HAVEN | 09/17/15 | PAYROLL RCPT | 042000 | .90 | | .00 | 2.19 | 133.98 |
| GREEN HAVEN | 09/17/15 | PAYROLL RCPT | 511219 | .00 | | .00 | 2.19 | 133.98 |
| GREEN HAVEN | 09/24/15 | PAYROLL RCPT | 042000 | 1.13 | | .00 | 3.32 | 135.11 |
| GREEN HAVEN | 09/24/15 | PAYROLL RCPT | 511219 | .00 | | .00 | 3.32 | 135.11 |
| | | MONTHLY ENDING TOTALS | | 9.03 | 12.74 | 131.79 | 3.32 | 135.11 |

ENDING BALANCE AT GREEN HAVEN                                                135.11

20% OF AVERAGE 6 MO SPENDABLE BALANCE      1.75   20% OF AVERAGE 6 MO DEPOSIT AMT      2.31

LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    9.54
THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

| ---- REASON ---- | DATE IMPOSED | --- NOTES --- | | ENCUMBRANCE BREAKDOWN | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CASE |
| GATE MONEY | 05/10/01 | AUTO GATE MONEY | | 30.46 | .00 | 30.46 | .00 | |
| FED FILE FEE USDCNDNY | 06/23/10 | 9:10 CV 274 | | 350.00 | .00 | 101.33 | 248.67 | |

\* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.

U.S. DISTRICT COURT HOUSE
P.O BOX 7367
100 S. CLINTON STREET
SYRACUSE , NEW YORK
              13261 7367

230000515EN C.F.

03/05/15                    18:40:15
83A2337 CURTIS EDWARD
BUY LIMIT:    6.04

9028 .49 CENT STAMPS
  12 @    0.49                   5.88


***TOTAL                          5.88
          1ETM082311


I authorize the deduction
of $- 5.88 from my
INMATE FUND Account

*Don Elvis Sugar Parsley*
          Signature



GREEN HAVEN C.F.

03/18/15                    19:25:49
83A2337 CURTIS EDWARD
BUY LIMIT:    7.16

4247 BABY POWDER               0.69
4819 TOILET TISSUE             0.58
4612 COCO BUTTER BAR           0.39
5111 DISP. LIGHTER             0.61
5183 CIG. PAPERS               1.23
0995 PEANUT BUTTER             1.84
2193 SOUR CREAM/ONION CH       0.79
2192 HOT BBQ CHIPS             0.74

                            --------
***TOTAL                       6.83
          2TASD78244

I authorize the deduction
of $-  6.83 from my
INMATE FUND Account

Don Elvis Gregory Presley
          Signature



GREEN HAVEN C.F.

08/05/15                    19:01:24
89A2337 CURTIS EDWARD
BUY LIMIT:    7.13

9028 .49 CENT STAMPS
  4 @    0.49              1.96
5111 DISP. LIGHTER          0.61
0327 MAXWELL HOUSE COFFE    3.12
1234 HOT COCOA [P]          0.76
2155 CALIFORNIA MIX         0.34

                        _____
***TOTAL                    6.79
          2ALB08229A

I authorize the deduction
of $-  6.79 from my
INMATE FUND Account

Signature

*2 Stamps*
*‡EXT DOOR‡*

*2 Stamps*
*‡GIRL + GIRL ‡EXT DOOR*

07/20/15                17:11:41
83A2337 CURTIS EDWARD
BUY LIMIT:     7.29

| Item | | Price |
|------|---|------|
| 6416 | PLASTIC BOWL W/ LID | 0.95 |
| 6544 | TUMBLER W/LID | 0.28 |
| 6037 | LARGE TOE NAIL TRIM | 0.32 |
| 5070 | BOOK MATCHES [50 RD | 1.08 |
| 5111 | DISP. LIGHTER | 0.61 |
| 6035 | CAN OPENERS | 0.88 |
| 6318 | WRITING PENS | 0.12 |
| 2192 | HOT BBQ CHIPS | 0.74 |
| 2196 | REG POTATO CHIPS | 0.79 |
| 1234 | HOT COCOA [R] | 0.76 |
| 3036 | BARCELONA MIX | 0.63 |

| ***TOTAL | 7.16 |
|----------|------|

*JESTERS 2 STAMPS*

I authorize the deduction
of $- 7.16 from my
INMATE FUND Account

_____
Signature

GREENHAVEN C.F.

07/06/15            19:31:27
83A2337 CURTIS EDWARD
BUY LIMIT:  16.54

| | |
|---|---|
| 5111 DISP. LIGHTER | 0.61 |
| 6165 9 FT. EXTENSION COR | 2.70 |
| 6546 PLASTIC FORK | 0.02 |
| 9028 .49 CENT STAMPS | |
|   2 @    0.49 | 0.98 |
| 0326 FOLGERS COFFEE | 5.00 |
| 0327 MAXWELL HOUSE COFFE | 3.12 |
| 0790 INSTANT DRY MILK | 0.83 |
| 1645 SUGAR 2 LBS [LIMIT | 1.81 |
| 2193 SOUR CREAM/ONION CHI | |
|   2 @    0.79 | 1.58 |

***TOTAL                      16.25
            3JXZ080522

I authorize the deduction
of  16.25 from my
       UND Account

$1.29 } 1 STaMP

1 STaMP

1 STaMP

GREENHAVEN C.F.
1 STaMP

09/14/15                20:07:48
83A2337 CURTIS EDWARD
BUY LIMIT:    1 STaMP

6254 MASKING TAPE 1"
  2 @    0.98            1.96
9028 .49 CENT STAMPS
  9 @    0.49            4.41
                       -------
***TOTAL                6.37

3AC083624
2 PoP CoRn cHeddal
i authorize the deduction        WHITE
of $-  6.37 from my
INMATE FUND Account

Don Elvis sugar Presley
          Signature Bruce Lee

Don Elvis Sugar PRESLEY B Ruce LEE

**GREEN HAVEN CORRECTIONAL FACILITY**
594 ROUTE 216
STORMVILLE, NY 12582

QKQ EDWaRD CuRTIS

63@2337

neopost
10/13/2015
US POSTAGE $000.70⁵

FIRST-CLASS MAIL

ZIP 12582
041L11251119

GREEN HAVEN
CORRECTIONAL
FACILITY

U.S. DISTRICT COURT HOUSE

P.O BOX 7367

100 S. Clinton STREET ROAD

SYRACUSE NEW YORK

13261-6100

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK

OCT 15 2015

RECEIVED